ADAM RIESENBERGER, CONTESTANT, v. JOHN J. PHELAN, INCUMBENT.

Certified case. Question of the sufficiency of the petition to contest an election under the one hundred and sixty-third section of the act respecting elections. *Rev.* 1898.

Before DEPUE, CHIEF JUSTICE, and Justices GUMMERE, LUDLOW and FORT.

For the contestant, *Frederick Frambach* and *Flavel McGee.*

For the incumbent, *Robert S. Hudspeth.*

Memorandum of decision for the court by

FORT, J.: This case is similar in its facts to the case of *Groth* v. *Schlemm, ante p.* 431, and is controlled thereby, the facts being similar, with the exception of the majority for the incumbent, which does not alter the *status.*

The Circuit Court is advised to dismiss the petition on the ground that it does not state a case within the statute.